# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CONSTANCE GARY,    )
    )
    Plaintiff,    )
    )
    v.    )    C.A. No. 24-159 (JLH)
    )
DELUXE CORP.,    )
    )
    Defendant.    )

## <u>ORDER</u>

At Wilmington, this 14th day of April 2025:

WHEREAS, Plaintiff initiated this action with the filing of a Complaint on February 6, 2024 (D.I. 2);

WHEREAS, the Court has reviewed the Complaint and finds that Paragraphs 1 through 67 (*id.* at 1-9) restate allegations in the Amended Complaint of Plaintiff's prior employment discrimination action against Defendant (*see* D.I. 23 at 1-9, *Gary v. Deluxe Corp.*, 20-cv-1632-RGA) that have already been considered and adjudicated (*see* D.I. 29, 30, *Gary v. Deluxe Corp.*, 20-cv-1632-RGA)

WHEREAS the remaining factual allegations in the Complaint were addressed by a February 15, 2024 Order in Plaintiff's prior case, which informed Plaintiff that she was "free to bring a separate breach of contract action against Defendant, or to challenge the application of any waiver of claims in the settlement agreement in a new action," (*see* D.I. 58, *Gary v. Deluxe Corp.*, 20-cv-1632-RGA);

NOW, THEREFORE, IT IS HEREBY ORDERED that the Complaint is **DISMISSED** and Plaintiff is **GRANTED** leave to file an Amended Complaint on or before April 28, 2025.  The Amended Complaint may only bring breach of contract claims against Defendant and challenge

the application of any waiver of claims in the parties' prior settlement agreement.  Failure to comply with this Order may result in closure of the case.

_____
The Honorable Jennifer L. Hall
United States District Judge