IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

1:24-cv-00159 JLH-CJB

Jury Demand

Constance Gary- Plaintiff

VS.

Deluxe Corp.- Defendant

### Certificate of Service (Sealed Exhibits)

I, Constance Gary, do certify that on this day, I electronically served Sealed Exhibits A-D to Plaintiff's Brief In Opposition to Defendant's Motion to Dismiss (ECF 24) on Defendant's Counsel, Alessandra Glorioso, by emailing them to her at glorioso.alessandra@dorsey.com as per Paragraph 11 of Defendant's Request for Extension of time to file Reply (ECF 27) and by serving them again via US Regular First Class Mail to:

ATTN: Alessandra Glorioso
300 Delaware Ave, Suite 1010
Wilmington, DE 19801

The Exhibits I sent are:

EXHIBIT A

May 2023 1st Draft Settlement Agreement and June 9, 2023 Attorney Email

EXHIBIT B
June 15, 2023 Deluxe Attorney Email and Termination Threat

EXHIBIT C
June 13, 2023 Email

EXHIBIT D
June 19, 2023 Executed Settlement agreement

July 20, 2026

Respectfully Submitted,
Constance Gary

*Constance Gary*